**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

| In the matter of: | : | **UNITED STATES BANKRUPTCY COURT** |
|---|---|---|
|  | : | **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, TRUSTEE | : | In Bankruptcy B- |
| Chapter 13 Bankruptcy | : |  |
|  | : | **STATEMENT OF UNDISTRIBUTED** |
|  | : | **BALANCE** |
| **Bankruptcy** | : |  |

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 09-16258 | MS | Charles Atteyeh | 0000 | Debtor's Refund | $2,550.00 | Not Cashing |

January 25, 2010
To be Deposited into Can X600      /s/Marie-Ann Greenberg
                                                          **MARIE-ANN GREENBERG**
                                                          **STANDING TRUSTEE**